

# In the Missouri Court of Appeals
# Eastern District

JUNE 21, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102967    RAFAEL GONZALEZ-CAMPOS, APP V DIR. OF REVENUE, RES

2.      ED103132 STATE OF MISSOURI, RES V JAMES Q. SMITH, APP

3.      ED103214 BRIAN F. TAYLOR, APP V STATE OF MISSOURI, RES

4.      ED103258 JEREMIAH F. MCMILLON, APP V STATE OF MISSOURI, RES

5.      ED103300 DARY MCCOY, APP V STATE OF MISSOURI, RES

6.      ED103325 SCOTT MCCABE, APP V STATE OF MISSOURI, RES

7.      ED103339 SHEDRICK SYKES, APP V STATE OF MISSOURI, RES

8.      ED103413 STATE OF MISSOURI, RES V ALICE MAHANEY, APP

9.      ED103482 K. J., APP V RONALD REPLOGLE, RES

10.    ED103551 ARLEE HAYES III, APP V STATE OF MISSOURI, RES


**CORRECTION(S):**

1.      ED102826    STATE OF MISSOURI, RES V JERYL A. DANIELS, APP


**WITHDRAWAL(S):**

1.      ED103325 SCOTT MCCABE, APP V STATE OF MISSOURI, RES